In the Matter of CHARLES H. BAECHLER, Deceased.— Decree affirmed, with costs to all parties separately appearing and filing briefs, payable out of the

---

* Amd. by Laws of 1921, chap. 134.— [REP.

# 798 CASES REPORTED WITH BRIEF SYLLABI.

estate. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.